Sharon L. ANDERSON,
*Plaintiff-Appellant,*

*v.*

PARKS AND RECREATION DEPARTMENT,
State of Oregon,
*Defendant-Respondent.*

Jackson County Circuit Court
13CV01668; A155564

341 P3d 852

David A. Jacobs argued the cause for appellant. With him on the briefs was Luvaas Cobb.

Karla H. Ferrall, Assistant Attorney General, argued the cause for respondent. With her on the brief were Ellen F. Rosnblum, Attorney General, and Anna M. Joyce, Solicitor General.

Before Lagesen, Presiding Judge, and Haselton, Chief Judge, and Wilson, Judge pro tempore.

PER CURIAM

Reversed and remanded. *Davis v. State of Oregon*, 267 Or App 264, 340 P3d 713 (2014).